# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1293** | **September Term, 2024** |
| | MSHR-LAKE2021-0160 |
| | **Filed On:** December 19, 2024 |

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

  v.

Knight Hawk Coal, LLC and Federal Mine Safety and Health Review Commission,

    Respondents

| | |
|---|---|
| **No. 24-1294** | MSHR-LAKE2021-0145 |
| | MSHR-SE2021-0112 |
| | MSHR-SE2021-0134 |
| | MSHR-WEVA2021-0294 |
| | MSHR-YORK2021-0023 |

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

  v.

Crimson Oak Grove Resources LLC, et al.,

    Respondents

**BEFORE:**   Katsas, Childs, and Garcia, Circuit Judges

# O R D E R

Upon consideration of the entire record in these cases, it is

**ORDERED** that, within 30 days of the date of this order, the parties (1) show cause why these cases should not be dismissed for lack of jurisdiction, see 30 U.S.C. § 816(b) (stating that the Secretary of Labor may obtain review "of any final order" of the Federal Mine Safety and Health Review Commission by filing a petition for review in the appropriate court), and (2) address whether, if the court has jurisdiction, respondent Federal Mine Safety and Health Review Commission should be permitted or required to file a brief and participate in any oral argument in each case, given the apparent lack of adversity between petitioner and the private-party respondents in these cases, cf. Oil, Chemical and Atomic Workers International Union v. Occupational Safety and Health Review Commission, 671 F.2d 643, 651-53 (D.C. Cir. 1982) (per curiam) (noting that sufficient adversity existed between remaining parties in holding that agency with a purely adjudicative role could not participate as an active party in case seeking review of agency's order); Hinson v. NTSB, 57 F.3d 1144, 1147 n.1 (D.C. Cir. 1995) (same), and the Commission's power to reject proposed settlements under 30 U.S.C. § 820(k). The parties must also address how the court should proceed if the Commission does not participate in these cases. In complying with this order, the Commission may, but need not, join in the response filed by the Secretary of Labor. The responses to the order to show cause may not exceed 5,200 words.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                           BY:    /s/
                                     Elbert B.J. Lestrade
                                     Deputy Clerk