# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-1293**                                                    **September Term, 2024**

MSHR-LAKE2021-0160

**Filed On:** December 30, 2024

Secretary of Labor, Mine Safety and Health Administration,
        Petitioner

v.

Knight Hawk Coal, LLC and Federal Mine Safety and Health Review Commission,
        Respondents

--------------------

**No. 24-1356**

MSHR-WEVA2022-0403

Secretary of Labor, Mine Safety and Health Administration,,
        Petitioner

v.

Greenbrier Minerals, LLC and Federal Mine Safety and Health Review Commission,
        Respondents

# O R D E R

Upon consideration of the unopposed motion to consolidate filed in No. 24-1356, it is

**ORDERED** that the motion be granted. No. 24-1356 is hereby consolidated with No. 24-1293. The order to show cause filed in No. 24-1293 on December 19, 2024, now also applies in No. 24-1356.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                             BY:     /s/
                                       Elbert B.J. Lestrade
                                       Deputy Clerk